UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

RASHAUN CRULE,

                Defendant.

**DECISION AND ORDER**
24-CR-102-A

---

By Superseding Indictment dated October 22, 2024, defendant Rashaun Crule was charged in two counts with: (1) conspiracy with intent to distribute fentanyl, in violation of Title 21, United States Code, Section 846; and (2) distribution of fentanyl causing death, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C). (Dkt. No. 22).

On August 1, 2025, Defendant filed an omnibus motion (Dkt. 55) seeking, *inter alia*, the suppression of: (1) all evidence obtained from a cellular telephone which was seized by law enforcement during his arrest on October 16, 2023 (Dkt. 55-1, ¶¶ 13-17); and (2) certain identification evidence, *i.e.*, Ring doorbell camera footage, obtained by law enforcement during the course of the investigation (Dkt. 55-1, ¶¶ 5-12).[1]

On October 7, 2025, Magistrate Judge Michael J. Roemer, to whom this Court previously referred this case pursuant to 28 U.S.C. § 636(b)(1)(B), filed a Report,

---

[1] While Defendant's motion also included a section entitled "Suppression of Statements," both parties agree that since the Government will not attempt to introduce any statements made by Defendant, such motion is moot. *See*, Dkt. 55-1, ¶18; Dkt. 57, p.7.

1

Recommendation, and Order (RR&O) recommending, *inter alia*, that the Defendant's suppression motion be denied. *See*, Dkt. 59. Defendant was required to file any objections to the RR&O by October 21, 2025. Defendant failed to file objections, and therefore, this Court concludes that he has "waive[d] [his] right to review." Fed. R. Crim. P. 59(b)(2).

After reviewing the entire record concerning Defendant's suppression motion, the Court finds no clear error in Judge Roemer's recommendation. *See, e.g.*, *United States v. Matar*, No. 24-CR-59-A, 2025 WL 2051685, at *1 (W.D.N.Y. July 22, 2025). Accordingly and for the reasons set forth therein, Judge Roemer's RR&O (Dkt. 59) is adopted in its entirety, Defendant's motion to suppress (Dkt. 55) is, therefore, **DENIED**.

The parties are hereby directed to appear before this Court on October 27, 2025, at 9:30 AM, in order to set a date for trial or plea.

**SO ORDERED.**

Dated: October 22, 2025
       Buffalo, New York

                                        _s/Richard J. Arcara_____
                                        HONORABLE RICHARD J. ARCARA
                                        UNITED STATES DISTRICT JUDGE